# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2013

## NO. 03-12-00538-CR

**Cheri Lucille Howard, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment, but that such error does not require the judgment be reversed: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is modified to reflect that appellant does not owe court costs or attorney's fees. As so modified, the judgment of the trial court is affirmed. It **FURTHER** appearing to the Court that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.